United States District Court
Southern District of New York                      1:20-cv-04505

| | |
|---|---|
| Jennifer Mena, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| - against - | Notice of Voluntary Dismissal |
| Conagra Brands, Inc., | |
| Defendant | |

    Plaintiff gives notice this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   May 20, 2021

    Respectfully submitted,

    Sheehan & Associates, P.C.

    /s/Spencer Sheehan
    Spencer Sheehan
    60 Cuttermill Rd Ste 409
    Great Neck NY 11021-3104
    Tel: (516) 268-7080
    Fax: (516) 234-7800
    spencer@spencersheehan.com

1:20-cv-04505
United States District Court
Southern District of New York

Jennifer Mena, individually and on behalf of all others similarly situated,

Plaintiff,

- against -

Conagra Brands, Inc.,

Defendant

## Notice of Voluntary Dismissal

```
Sheehan & Associates, P.C.
 60 Cuttermill Rd Ste 409
 Great Neck NY 11021-3104
    Tel: (516) 268-7080
    Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  May 20, 2021

                                                      /s/ Spencer Sheehan
                                                      Spencer Sheehan

Certificate of Service

I certify that on May 20, 2021, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan